UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAVID DAUGHERTY,

    Plaintiff,

v.                                            CASE NO. 3:12-cv-00209-TJC-JRK

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

Defendant, NCO Financial Systems, Inc., through counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                Respectfully Submitted,

                /s/ Rachel A. Morris
                Rachel A. Morris, Esq.
                Florida Bar No.: 0091498
                Kenneth C. Grace, Esq.
                Florida Bar No. 0658464
                SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                3350 Buschwood Park Drive, Suite 195
                Tampa, Florida 33618
                Telephone:  (813) 890-2469
                Facsimile:   (866) 466-3140
                rmorris@sessions-law.biz
                kgrace@sessions-law.biz
                *Attorneys for Defendant,*
                *NCO Financial Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of October 2012 a copy of the foregoing was served electronically via CM/ECF on the following:

Max Story, Esq.
233 East Bay Street, Suite 920
Jacksonville, FL 32202

/s/ Rachel A. Morris
Attorney

919733