**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DAVID DAUGHERTY,

        Plaintiff,

vs.	Case No. 3:12-cv-209-J-32JRK

NCO FINANCIAL SYSTEMS, INC.,

        Defendant.

## ORDER

Upon review of the parties' Joint Stipulation for Voluntary Dismissal with Prejudice (Doc. 23), this case is dismissed with prejudice.

**DONE AND ORDERED** at Jacksonville, Florida this 21st day of December, 2012.

_____
TIMOTHY J. CORRIGAN
United States District Judge

jk.
Copies:

counsel of record